**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**          *

**v.**                                *          **Case No. 23-cr-407-JRR-1**

**JASON CRAIG KANE**                  *

**MOTION TO SEAL SENTENCING MEMORANDUM AND ACCOMPANYING
EXHIBITS**

Jason Craig Kane, by counsel, hereby moves to seal his Sentencing Memorandum and accompanying exhibits. As grounds therefore, the defense states that the motion and exhibits contain highly personal medical and health information related to Mr. Kane.

WHEREFORE, Mr. Kane requests that his Sentencing Memorandum and accompanying exhibits be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

_____/s/_____
Anjali Biala
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Tel: (410) 962-3962
Fax: (410) 962-0872
Email: anjali_biala@fd.org